[No. 47230-9-II. Division Two. July 26, 2016.]

*In the Matter of the Marriage of* CHRISTOPHER RIEHLE, *Appellant*, and PAULA MURPHY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-3-00730-5, Leila Mills, J., entered January 9, 2015. *Reversed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47425-5-II. Division Two. July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY JEROME JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00036-0, James W. Lawler, J., entered April 1, 2015. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 47545-6-II. Division Two. July 26, 2016.]

*In the Matter of the Interest of* E.J.W.

J.W. ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-7-00755-1, David E. Gregerson, J., entered April 2, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47939-7-II. Division Two. July 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN JOSHUA CHESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 14-1-00232-5, Michael J. Sullivan, J., entered August 14, 2015. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Johanson, J.